FILED

10/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0504

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0504

D.A. DAVIDSON,

     Plaintiff and Appellant,

   v.

DONALD SLAYBAUGH on behalf and for the benefit of THE WHITEFISH MASONIC LODGE 64 and GRAND LODGE OF AF&AM OF MONTANA, Defendants. GRAND LODGE OF AF & AM OF MONTANA, CrossPlaintiff, v. DONALD SLAYBAUGH, on behalf of and for the benefit of THE WHITEFISH LODGE 64, CrossDefendant. DONALD SLAYBAUGH, on behalf of and for the benefit of THE WHITEFISH LODGE 64, CrossClaimant, v. GRAND LODGE OF AF & AM OF MONTANA, CrossDefendant..

**SECOND** ORDER
OF MEDIATOR APPOINTMENT

     David F. Stufft the mediator previously appointed in this matter, has notified the parties that he declines the appointment. Accordingly, Mr. Stufft's order of mediator appointment is hereby rescinded and

     IT IS ORDERED THAT **RANDALL OGLE,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

     IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

     A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

     DATED this 2nd day of October, 2023.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:     Jean Faure
David HagEstad
Kirk Evenson
G. Patrick HagEstad
Sean S. Frampton
Randall Ogle